

# In the Missouri Court of Appeals
## Eastern District

SEPTEMBER 1, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.     ED101492    STATE OF MISSOURI, RES V JAMES WARE III, APP

2.     ED101558 DEJUAN N. THOMPSON, APP V STATE OF MISSOURI, RES

3.     ED101632 STATE OF MISSOURI, RES V WILLIS SMITH-NUNLEY, APP

4.     ED101772 STATE OF MISSOURI, RES V LARRY BRADSHAW, APP

5.     ED101813 BARTON PRINCE, APP V STATE OF MISSOURI, RES

6.     ED101879 STATE OF MISSOURI, RES V RODNEY SHARP, APP

7.     ED101949 STATE OF MISSOURI, RES V SEAN MICHAEL MOORE, APP

8.     ED101963 STATE OF MISSOURI, RES V BRANDON WATKINS, APP

9.     ED101966 MICHAEL L. ARNOLD, APP V STATE OF MISSOURI, RES

10.    ED102185 GREGORY MOOREHEAD, APP V STATE OF MISSOURI, RES

11.    ED102552    RONALD CALLISON ET AL, RES V WILLIAM LOGAN, APP